

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0394-20

**GABRIEL MENDOZA, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE ELEVENTH COURT OF APPEALS
### ECTOR COUNTY

**YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

### DISSENTING OPINION

For the reasons set out in my dissenting opinion in *Dulin v. State*, ___ S.W.3d ___,

Nos. PD-0856-19 & PD-1857-19, 2021 WL 1202400 (Tex. Crim. App. Mar. 31, 2021), I

respectfully dissent to the Court's disposition of the State's petition for discretionary

review.

FILED:               May 12, 2021
DO NOT PUBLISH